# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 20-952

**Caption [use short title]**

**Motion for:** Permission to file under seal the Appellant's opening brief and appendix and a redacted version for the public docket.

Set forth below precise, complete statement of relief sought:

Permission to file under seal the Appellant's opening brief and appendix and redacted version for the public docket.

Reply All Corporation, v. Gimlet Media Inc.,

**MOVING PARTY:** Reply All Corpporation,
**OPPOSING PARTY:** Gimlet Media Inc.,

☑ Plaintiff ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Joachim B. Steinberg
**OPPOSING ATTORNEY:** John Strand

[name of attorney, with firm, address, phone number and e-mail]

Reichman Jorgensen LLP
100 Marine Pkwy, Suite 300, Redwood Shores, CA 94065
(650) 623-1401; jsteinberg@reichmanjorgensen.com

Wolf, Greenfield & Sacks, P.C.
600 Atlantic Ave, Boston, MA 02210
(617) 646-8646; jstrand@wolfgreenfield.com

**Court- Judge/ Agency appealed from:** Eastern District of New York; Hon. William F. Kuntz, II

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Joachim B. Steinberg **Date:** 7/16/20 **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| Reply All Corporation,<br><br>    Plaintiffs- Appellants,<br><br>    v.<br><br>Gimlet Media Inc.,<br><br>    Defendant- Appellees. | Docket No. 20-952 |

## UNOPPOSED MOTION TO PROVISIONALLY FILE UNREDACTED BRIEF AND APPENDIX UNDER SEAL

July 16, 2020

Joachim B. Steinberg
REICHMAN JORGENSEN LLP
100 Marine Parkway Suite 300
Redwood Shores, California 94065
(650) 623-1401
jsteinberg@reichmanjorgensen.com

*Attorney for Plaintiff-Appellant*

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 27.1, Plaintiffs-Appellant ReplyAll Corporation, respectfully move for leave to provisionally file under seal their unredacted Appellant Brief and portions of the Joint Appendix. Appellants further request leave to file a redacted version of the Opposition on the public docket. In support thereof, Appellees state as follows:

1. Appellant's Brief and the Joint Appendix refer to materials and certain documents originally filed under seal or designated as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Joint Confidentiality Order entered in this case. *See* "Joint Motion For Entry of an Amended Stipulated Confidentiality Order," District Court Doc. No. 131 entered on August 2, 2019.

2. In accordance with the procedures set forth in this Court's Local Rules and consistent with the District Court's Protective Order, Appellants respectfully submit this motion to provisionally file under seal their unredacted Brief and portions of the Joint Appendix.

3. Concurrently, Appellants seek leave to publicly file a provisionally redacted version of their Brief and portions of the Joint Appendix, which provisionally redacts only pages, quotations from, or

descriptions of, the documents designated "Confidential" or "Confidential – Attorneys' Eyes Only" or by the parties. *See* Local Rule 25.1(j)(2).

4. The portions that the parties seek to redact and file under seal contain confidential business information. The parties have an existing protective order and the proposed redactions represent a very slight burden on the public right of access.

5. Appellants have conferred with counsel for Appellees regarding this motion pursuant to Rule 27.1(b) of this Court's Local Rules. Appellees have indicated that they do not oppose this motion.

| | |
|---|---|
| Dated: July 16, 2020 | */s/ Joachim B Steinberg* |
| | Joachim B. Steinberg |
| | REICHMAN JORGENSEN LLP |
| | 100 Marine Parkway Suite 300 |
| | Redwood Shores, California 94065 |
| | (650) 623-1401 |
| | jsteinberg@reichmanjorgensen.com |
| | |
| | *Attorney for Plaintiff-Appellant* |

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with the type and volume limitations of the Fed. R. App. P. 32(a)(7)(B) because this document contains 456 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(6) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Time New Roman font.

Dated: July 16, 2020
San Francisco, California

Respectfully Submitted,

*/s/ Joachim B. Steinberg*

*Attorney for Plaintiff-Appellant ReplyAll Corp.*

# CERTIFICATE OF SERVICE

      I hereby certify that on July 16, 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the Second Circuit by email pursuant to Local Rule 25.2. All parties are represented by counsel, and will be served by email.

| | |
|---|---|
| Dated: July 16, 2020<br>San Francisco, California | Respectfully Submitted,<br><br>*/s/ Joachim B. Steinberg*<br><br>*Attorney for Plaintiff-Appellant*<br>*ReplyAll Corp.* |